UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRAVIS HUYCK,

                    Plaintiff,

v.                                                                    Case No. 23-cv-707-pp

RICHARD PATTEN,

                    Defendant.

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY INITIAL PARTIAL FILING FEE**

      On June 14, 2023, the court ordered plaintiff Travis Huyck to pay an initial partial filing fee of $37.83, or to file a written request for more time to do so, by the end of the day on July 5, 2023. Dkt. No. 6. The court advised the plaintiff that if it "[did] not receive either the $37.83 or a letter asking for more time to pay it by the end of the day on July 5, 2023, the court [would] dismiss the lawsuit without prejudice and the plaintiff [would] still owe the $350 filing fee." Id. at 4 (emphasis omitted).

      The July 5, 2023 deadline has passed, and the plaintiff has not paid the initial partial filing fee or requested additional time to do so. On June 15, 2023, the court received from the plaintiff a letter dated June 13, 2023 about his trust account statement, but the court had received that statement. Dkt. No. 8. The letter says nothing about the plaintiff's payment of the initial partial fling fee. The court will enforce its June 14, 2023 order and will dismiss this case

without prejudice for the plaintiff's failure to pay the initial partial filing fee. The plaintiff remains obligated to pay the entire $350 filing fee.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**. The clerk will enter judgment accordingly.

The court **ORDERS** that, in accordance with 28 U.S.C. §1915(b)(1), the plaintiff must pay the mandatory $350 statutory filing fee. The agency that has custody of the plaintiff must collect from his institution trust account the **$350** filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the plaintiff's trust account and forwarding payments to the clerk of court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The agency must clearly identify the payments by the case name and number. If the plaintiff transfers to another county, state or federal institution, the transferring institution must forward a copy of this order, along with the plaintiff's remaining balance, to the receiving institution.

The court will send a copy of this order to the Warden at Green Bay Correctional Institution.

Dated in Milwaukee, Wisconsin this 18th day of July, 2023.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**